**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, California 94607
Tel: (510) 929-5400
www.LawyersFTP.com
APointer@LawyersFTP.com
PBuelna@LawyersFTP.com
MMonroe@LawyersFTP.com

Attorneys for Plaintiff
DONALD BRADFORD

Christopher M. Ahearn (SBN 239089)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd., Bldg. B-3
Memphis, Tennessee 38125
Telephone: (901) 275-7015
Email: christopher.ahearn@fedex.com

Michael S. Frey (SBN 216100)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: 949.862.4638
Email: michael.frey@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BRADFORD, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation, et al.<br><br>                Defendants. | Case No.: 3:24-cv-05840<br><br>**STIPULATION DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Donald Bradford ("Plaintiff") and Defendant Federal Express Corporation ("Defendants") (together, "the Parties"), through their duly authorized respective counsel of record, hereby stipulate and agree:

(1) That this entire action shall be dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs; and

(2) That this Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted,

DATED: May 19, 2025

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

By: /s/ *Marlon L. Monroe*
    Marlon L. Monroe
    Attorneys for Plaintiff
    DONALD BRADFORD

DATED: May 19, 2025

By: /s/ *Christopher M. Ahearn*
    Christopher M. Ahearn
    Michael S. Frey
    Attorneys for Defendants
    FEDERAL EXPRESS CORPORATION

### SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that counsel for the Defense has concurred in this filing.

Dated: May 19, 2025

POINTER & BUELNA, LLP

Dated: May 20, 2025



By: /s/ *Marlon L. Monroe*
    Marlon L. Monroe

-2-
STIPULATION DISMISSING ENTIRE ACTION, WITH PREJUDICE,
PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)